

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00137-CV

Ernesto **CASTILLO**,
Appellant

v.

**BQUARDO LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04449
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: September 14, 2022

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by July 7, 2022. Neither the brief nor a motion for extension of time has been filed. Therefore, on July 29, 2022, this court ordered appellant to file, no later than August 15, 2022, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to file a brief and the written response by August 15, 2022, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(b), (c) (allowing involuntary dismissal for want of

prosecution or if appellant fails to comply with court order). Appellant has not responded to our order; therefore, this appeal is dismissed for want of jurisdiction.

PER CURIAM